### In re IRONSIDE.

(Supreme Court, Appellate Division, First Department. March 10, 1911.)

ATTORNEY AND CLIENT (§ 44*)—DISBARMENT—MISCONDUCT AS TO CLIENT.

An attorney, to whom was given a claim of $268 to collect for a fee of 10 per cent. of the amount collected, having, after collecting $212, concealed that fact from his client and told him that no payment had been made, and afterwards, when demand was made on him, paid over only $100, was guilty of wrongfully and unlawfully converting his client's money to his own use, and of deceit, fraud, malpractice, and unprofessional conduct, for which he will be disbarred.

[Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. §§ 55, 56, 62; Dec. Dig. § 44.*]

Proceedings to discipline Charles N. Ironside, an attorney, for unprofessional conduct. Respondent disbarred.

Argued before CLARKE, McLAUGHLIN, SCOTT, MILLER, and DOWLING, JJ.

Einar Chrystie, for petitioner.

CLARKE, J. The respondent was retained to collect a claim amounting to $268 under an agreement for the payment of 10 per cent. of the amount collected as a fee for services. The debtor on Novem-

---

ber 26, 1907, paid to the respondent $112 and on February 6, 1908, a further payment of $100, amounting in all to $212.

Thereafter the client made inquiries of the respondent, who not only concealed the fact that any payments had been made to him, but informed him that no payment had been made. Thereafter the client, having learned the actual facts, employed another attorney to collect from the respondent, who finally paid $100. He has never paid any further portion of the amount collected, and was properly found by the referee to have wrongfully and unlawfully converted his client's money to his own use, and guilty of deceit, fraud, malpractice, and unprofessional conduct in his office as an attorney and counselor at law.

Respondent must be disbarred. All concur.